929 A.2d 637

**Ariel Ephriam VARSANYI, Petitioner,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

**No. 73 EM 2007.**

Supreme Court of Pennsylvania.

July 25, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of July, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Mandamus and/or Prohibition is denied.